IRVING N. COOPER, Appellant, v. HENRY A. LIBAIRE and Others, Respondents.

— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.